| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 28, 2019
David J. Bradley, Clerk

Heather McManus, §
§
      Plaintiff, §
§
versus §    Civil Action H-19-2644
§
Buckeye Partners, L.P., et al., §
§
      Defendants. §

## Conditional Dismissal

1. Having been advised that the parties want to dismiss this case, it is dismissed with prejudice. (11)

2. By October 21, 2019, the parties may move for reinstatement.

Signed on August __28__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge