United States District Court
Southern District of Texas
**ENTERED**
October 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Heather McManus, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-2644 |
| Buckeye Partners, L.P., *et al.*, | § § § | |
| Defendants. | § § | |

## Final Dismissal

Neither party having moved for reinstatement, this case is dismissed with prejudice.

Signed on October  22 , 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge